
FILED IN THE UNITED STATES BANKRUPTCY COURT

2011 MAY 18 AM 11: 14

DISTRICT OF UTAH
MAIL

J. Kevin Bird (3992)
BIRD & FUGAL
Attorneys for Trustee
Lincoln Square
384 East 720 South, #201
Orem, UT 84058
(801) 426-4700

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

* * * * * * * *

| | |
|---|---|
| IN RE | Case No. 09-29955 RKM |
| BEVAN J WILDE | Chapter 7 |
| Debtor (s) | NOTICE OF PAYMENT OF FUNDS INTO THE REGISTRY |

* * * * * * * *

J. Kevin Bird, the duly appointed, qualified and acting trustee of the above-referenced chapter 7 proceeding ("Trustee") hereby gives notice to the Court of payment of funds into the registry of the Court. In support thereof, the Trustee represents as follows:

1. On May 5, 2011, J. Kevin Bird, Trustee made the final distribution in the above-referenced proceeding.

2. The Trustee's proposed distribution contained four (4) claims which were under $5.00.

3. The funds are on deposit with Bank of America, Account No. 4437799100.



4. The Trustee hereby notifies the Court of the payment of the following claim to the registry:

|  |  |
|---|---|
| Claim No.: | 2 |
| Claimant: | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 |
| Claim Amount: | $2,049.14 |
| Distribution: | $4.00 |
| | |
| Claim No.: | 3 |
| Claimant: | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 |
| Claim Amount: | $1,391.95 |
| Distribution: | $2.71 |
| | |
| Claim No.: | 13 |
| Claimant: | Wells Fargo Financial National Bank<br>4137 121st Street<br>Urbandale, IA 50323 |
| Claim Amount: | $1,803.80 |
| Distribution: | $3.52 |
| | |
| Claim No.: | 16 |
| Claimant: | Candica, LLC<br>c/o Weinstein and Riley, PS<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121 |
| Claim Amount: | $948.83 |
| Distribution: | $1.85 |

5. A check in the amount of $12.08 representing the foregoing claims has been made payable to Clerk, U.S. Bankruptcy Court for the District of Utah and is enclosed herein.

DATED: 5-16-2011

J. Kevin Bird, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that I am a member or employee of the law firm of BIRD & FUGAL and in that capacity I served, or caused to be served, a true and correct copy of the Notice of Payment of Funds into the Registry on the following, by depositing the same in the U.S. Mail, postage prepaid, on the 17th day of May, 2011:

PYOD LLC ITS SUCCESSORS AND ASSIGNS
AS ASSIGNEE OF CITIBANK
c/o RESURGENT CAPITAL SERVICES
PO BOX 19008
GREENVILLE, SC 29602

WELLS FARGO FINANCIAL NATIONAL BANK
4137 121st STREET
URBANDALE, IA 50323

CANDICA, LLC
c/o WEINSTEIN AND RILEY, PS
2001 WESTERN AVE., STE. 400
SEATTLE, WA 98121

*/s/ Melanie Valdemara*